David Cohan, Esq. (SBN: 316884)
**DC LAW GROUP, PC**
9100 Wilshire Blvd, Suite 240E
Beverly Hills, CA 90212
Phone: (310) 571-8860
Facsimile: (424) 401-7005
Email: service@dclawgroup.com
david@dclawgroup.com

Attorney for Plaintiff
RONNIE LEE PRUITT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEE PRUITT,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; and AUDREY ANNETTE ALANIZ<br><br>        Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT** |

Plaintiff RONNIE LEE PRUITT, by and through his attorney, David Cohan, Esq. now come before this Court and complain of the United States Government, as follows:

## I.    JURISDICTION, VENUE, AND CONDITIONS PRECEDENT

1.    At all relevant times, Plaintiff RONNIE LEE PRUITT ("Plaintiff") was, and is a resident of the Central District of California.

2.     The claims herein are brought against the U.S. pursuant to the Federal Tort Claims Act 28 U.S.C. §2671, et seq.) and 28 U.S.C. §§1346(b)(1), for money damages as compensation for loss of property and personal injuries that were caused by the negligent and wrongful acts and omissions of agents and employees of the United States Government while acting within the scope of their offices and employment, under circumstances where the Defendant U.S., if a private person, would be liable to the Plaintiff in accordance with the laws of the State of California.

3.     Venue is proper in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred in the Central District of California, and arose from the negligent operation of a motor vehicle driven by Defendant Audrey Annette Alaniz under the course and scope of Defendant U.S. Government's employment.

4.     Plaintiff has fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act.

5.     This suit has been timely filed, in that Plaintiff timely served notice of his claim on the U.S. Department of Justice Drug Enforcement Agency – Los Angeles Branch, 255 East Temple Street, 17th Floor, Los Angeles, CA 90012. Attached hereto is a true copy of the administrative claim as **"Exhibit 1".**

6.     The administrative claim sought damages in the sum certain amount of $10,000,000.

**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT**

7.     By written correspondence received on September 29, 2025 via certified mail, the DEA issued a written final denial of Plaintiff's administrative claim.

## II.    EVENTS FORMING THE BASIS OF THE CLAIMS

8.     On May 14, 2024, Plaintiff was lawfully walking within a marked crosswalk while crossing the street.

9.     At the same time, a vehicle operated by Defendant AUDREY ANNETTE ALANIZ, a DEA agent, while acting within the course and scope of federal employment, made a left turn into the crosswalk.

10.    The DEA vehicle struck Plaintiff on his right side.

11.    Plaintiff was knocked to the ground and sustained injuries. The collision occurred while plaintiff was lawfully within a marked crosswalk and had the right of way under California law.

12.    Emergency medical personnel transported Plaintiff by ambulance to the emergency room.

13.    Plaintiff suffered injuries including but not limited to injuries to his back, hip, right leg, and right foot.

14.    At all times, the Defendant AUDREY ANNETTE ALANIZ was operating an official government vehicle and was acting within the course and scope of his federal employment with the United States.

**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT**

### III.    VIOLATION OF FEDERAL TORT CLAIMS ACT

15.    Plaintiff incorporates by reference herein all allegations set forth above.

16.    The acts and events set forth above constitute negligent and wrongful acts and omissions of agents and employees of the U.S. Government while acting within the scope of their offices and employment, under circumstances where the Defendant U.S., if a private person, would be liable to the Plaintiff in accordance with the laws of the State of California.

### IV.    DAMAGES

17.    Plaintiff seeks damages in an amount not to exceed the administrative claim sum certain of $10,000,000, or such greater amount as may be permitted under 28 U.S.C. § 2675(b) based upon newly discovered evidence or intervening facts.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff RONNIE LEE PRUITT is entitled to damages from the United States, and he does hereby pray that judgment be entered in his favor against the United States Government for:

1. General damages in an amount according to proof;

2. Special damages in an amount according to proof;

3. Costs of suit; and

4. Any other relief the Court deems just and proper.

COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT

Dated: March 6, 2026                                    DC LAW GROUP, PC


By:_____
    David Cohan, Esq.
    Attorney for Plaintiff
    RONNIE LEE PRUITT

**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT**

## DEMAND FOR JURY TRIAL

Plaintiff RONNIE LEE PRUITT hereby demands trial by jury in this matter.

Dated: March 6, 2026                                    DC LAW GROUP, PC


By:_____
      David Cohan, Esq.
      Attorney for Plaintiff
      RONNIE LEE PRUITT

**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT**

# EXHIBIT 1

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
| --- | --- | --- |

| 1. Submit to Appropriate Federal Agency:<br><br>Drug Enforcement Agency | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br><br>DC Law Group, PC<br>(310) 571-8860<br>9100 Wilshire Blvd, Suite 240E<br>Los Angeles, CA 90212 |
| --- | --- |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>05/10/1958 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>05/14/2024 | 7. TIME (A.M. OR P.M.)<br>Approx. 12:15 P.M. |
| --- | --- | --- | --- | --- |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Our Client was a pedestrian and was hit by your agent while driving a government vehicle.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Not Applicable

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Reported but not limited to: Back, Hip, Right Leg, Right Foot

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| --- | --- |
|  |  |

12. (See instructions on reverse).    **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| --- | --- | --- | --- |
| 0.00 | 10,000,000 | 0.00 | 10,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>310-571-8860 | 14. DATE OF SIGNATURE<br>10/9/2024 |
| --- | --- | --- |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
| --- | --- |
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance?  ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☒ No

Not Applicable

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☒ No

17. If deductible, state amount.

Not Applicable

0.00

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

Not Applicable

19. Do you carry public liability and property damage insurance?  ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☒ No

Not Applicable

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**